ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TYRONE LUCHIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 310-003 |
| | ) |
| THURBERT E. BAKER, Attorney General | ) |
| for the State of Georgia, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this ___ day of June, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE